IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR REYES, | ) | 1:09cv0734 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| vs. | ) | (Document 16) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 28, 2009, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a responsive brief.  The parties' request is GRANTED.  Defendant's responsive brief SHALL be filed on or before January 27, 2010.

IT IS SO ORDERED.

Dated:    **December 29, 2009**                              **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE

1