1  BENJAMIN B.WAGNER.
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JEAN M. TURK CSB 131517
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California  94105
6     Telephone:  (415) 977-8976
      Facsimile:  (415) 744-0134
7     E-Mail: jean.turk@ssa.gov

8
   Attorneys for Defendant
9
                            UNITED STATES DISTRICT COURT
10
                            EASTERN DISTRICT OF CALIFORNIA
11
                                    FRESNO DIVISION
12

13 VICTOR REYES,                        )
                                        )   CIVIL NO. 1:09-CV-00734 DLB
14        Plaintiff,                    )
                                        )   STIPULATION AND ORDER SETTLING
15        v.                            )   ATTORNEY'S FEES AND COSTS
                                        )   PURSUANT TO THE EQUAL ACCESS TO
16 MICHAEL J. ASTRUE,                   )   JUSTICE ACT
   Commissioner of                      )
17 Social Security,                     )
                                        )
18        Defendant.                    )
   _____ )
19

20     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

21 subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney

22 fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE

23 THOUSAND FIVE HUNDRED dollars and 00 cents ($5,500.00).  This amount represents

24 compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this

25 civil action, in accordance with 28 U.S.C. § 2412(d).

26

27

28                                              1

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND FIVE HUNDRED dollars and 00 cents ($5,500.00) shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel, Sengthiene Bosavanh, at LAW OFFICES OF JEFFREY MILAM, P.O. BOX 26360, Fresno, CA 93729.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Law Offices of Jeffrey Milam

Dated: April 26, 2010

*/s/ Sengthiene Bosavanh*
(As authorized via e-mail on 04/26/10)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: April 26, 2010

BENJAMIN B.WAGNER.
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Jean M. Turk*
JEAN M. TURK
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated:   **April 28, 2010**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE